

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| HUGO ALEMAN | * | Case No.11-27706 |
| RUTH ALEMAN | | Chapter 13 |
| | * | |
| Debtors | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| HUGO ALEMAN | * | |
| RUTH ALEMAN | | |
| | * | |
| Movants | | |
| v. | * | |
| BB&T CORPORATION | | |
| | * | |
| Respondent | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER AVOIDING THIRD LIEN OF BB&T

Upon consideration of the foregoing Motion to Avoid Third Lien of BB&T, and any response thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 506 and for the reasons set forth in the case of <u>Johnson v. Asset Management Group, LLC</u>, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is hereby **GRANTED**; and it is further

**ORDERED**, that any claim of BB&T be and hereby is deemed wholly unsecured; and it is further

**ORDERED**, that at the time of the Debtors' completion of their Chapter 13 Plan pursuant to 11 U.S.C. §1328(a) in this case, the third lien held in favor of BB&T on Debtors' real property described as: 2816 Munson Street, Silver Spring, Maryland 20902, shall be void; and it is further

**ORDERED**, that any timely filed claim of BB&T shall be allowed as a general unsecured claim under the Debtors' plan; and it is further

**ORDERED**, that BB&T shall record a release of its third lien in the appropriate office of land records upon notice of the Debtor's completion of their Chapter 13 Plan.

cc:   Jonathan P. Morgan
      BB&T Resident Agent
      BB&T CEO Kelly King
      Nancy Spencer Grigsby

## End of Order